

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00941-CV

Randy Tyrease **JOY**,
Appellant

v.

**OFFICE OF THE ATTORNEY GENERAL**, Child Support Division,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-02-29086-CV
Honorable Kelley Kimble, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED June 20, 2024.

_____
Rebeca C. Martinez, Chief Justice